NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES H. GUY, IV,                                )
                                                   )
            Appellant,                             )
                                                   )
v.                                                 )          Case No. 2D17-5012
                                                   )
WELLS FARGO BANK, N.A.; THE                        )
UNKNOWN SPOUSE OF CHARLES H.                       )
GUY, IV; ANY AND ALL UNKNOWN                       )
PARTIES CLAIMING BY, THROUGH,                      )
UNDER, AND AGAINST THE HEREIN                      )
NAMED INDIVIDUAL DEFENDANT(S)                      )
WHO ARE NOT KNOWN TO BE DEAD                       )
OR ALIVE, WHETHER SAID                             )
UNKNOWN PARTIES MAY CLAIM AN                       )
INTEREST AS SPOUSES, HEIRS,                        )
DEVISEES, GRANTEES, OR OTHER                       )
CLAIMANTS; TENANT #1; TENANT #2;                   )
TENANT #3; AND TENANT #4 THE                       )
NAMES BEING FICTITIOUS TO                          )
ACCOUNT FOR PARTIES IN                             )
POSSESSION,                                        )
                                                   )
            Appellees.                             )
_____                )

Opinion filed June 19, 2019.

Appeal from the Circuit Court for Pinellas
County; John A. Schaefer, Judge.

Richard J. Mockler of Stay in My Home,
P.A., St. Petersburg (withdrew after initial
briefing); Latasha Scott of Lord Scott,
PLLC, Tampa (withdrew after initial
briefing); Dineen P. Wasylik and Jared M.

Krukar of DPW Legal, Tampa (substituted as counsels of record), for Appellant.

Kimberly S. Mello and Danielle M. Diaz of Greenberg Traurig, P.A., Tampa; and Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, for Appellee Wells Fargo Bank, N.A.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and KHOUZAM, JJ., Concur.